IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEFTAL RODRIGUEZ SANDOVAL                                                PLAINTIFF

v.                         Civil No. 5:20-cv-05215

OFFICER JOHN BILLINGSLY;
DETECTIVE JOHN MACKEY; and
AGENT KEVIN WATSON                                                       DEFENDANTS

**OPINION AND ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff is incarcerated in the Washington County Detention Center.

By Order (ECF No. 3) entered on December 16, 2020, Plaintiff was directed to file an Amended Complaint. The Amended Complaint was to be filed by January 6, 2021. Plaintiff was advised that failure to comply with the Order "shall" result in the dismissal of the case. Plaintiff did not file his Amended Complaint.

On January 13, 2021, a Show Cause Order (ECF No. 9) was entered giving Plaintiff until February 3, 2021, to show cause why the case should not be dismissed based on his failure to obey the Order (ECF No. 3) of the Court. Plaintiff did not respond to the Show Cause Order.

To date, Plaintiff has not filed an Amended Complaint. Plaintiff has not sought an extension of time to comply with the Orders of the Court. No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962)(stating that the district court

possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986)(emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b), this Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 22nd day of February 2021.

*/s/ P. K. Holmes, III*
P. K. HOLMES, III
U.S. DISTRICT JUDGE